## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**OMAR TORO AND**  CASE NO. _____
**ELVIN ANTONIO CRUZ**

**VERSUS**

**COASTAL INDUSTRIES, LLC AND**
**KELLY SILLS**

## COMPLAINT

This is an overtime action brought by Omar Toro and Elvin A. Cruz, former employees of the defendants under the Fair Labor Standards Act.

### *Defendants*

1.

Made defendants herein and liable unto plaintiffs are the following:

I.  Coastal Industries, LLC ("Coastal Industries"), a Louisiana limited liability company with its principal office in the Parish of East Baton Rouge, State of Louisiana; and

II. Kelly Sills ("Mr. Sills"), a person of the full age of majority that is domiciled in the Parish of East Baton Rouge, State of Louisiana.

### *Jurisdiction and Venue*

2.

This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331.

3.

Plaintiffs file this action pursuant to the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*) ("FLSA").

4.

Venue is proper in this district because both defendants reside within this district, and as such, venue is proper pursuant to 28 U.S.C. § 1391(b)(1).

*Plaintiffs*

5.

Plaintiffs began their employment with defendants in the Fall of 2014. Plaintiffs' employment with defendants ended in July of 2017.

6.

During the time period relevant to this lawsuit, plaintiffs were employed as construction workers, paid by the hour. Their hourly rates will be proven at trial.

7.

Defendants controlled and directed the daily activities of Plaintiffs.

8.

Plaintiffs routinely worked in excess of 40 hours per week, but were not paid overtime as required by the Fair Labor Standards Act.

9.

Plaintiffs estimate that they worked an average of about 50-75 hours per week; the defendants know the exact amount of hours plaintiffs worked each week. The precise amount of overtime hours and rates of pay for Plaintiffs will be presented at the trial of this matter.

10.

Plaintiffs were the non-exempt employees of the defendants under the FLSA.

11.

Defendant Sills, as the owner of Coastal Industries, was responsible for Coastal Industries' decision not to pay overtime to the plaintiffs. Mr. Sills is also plaintiffs' "employer," as that term is defined by the FLSA.

12.

Under the FLSA, plaintiffs are entitled to payment of additional wages at the rate of one and one-half times the rate of their regular pay for all hours worked in excess of forty hours per week throughout the duration of their employment.

13.

The defendants knowingly and willfully violated the FLSA as an attempt to extract a higher profit margin for Coastal Industries. Plaintiffs are therefore also entitled to recover their unpaid overtime for the three years prior to filing this lawsuit, and are entitled to recover from defendants an equal sum as liquidated damages, together with reasonable attorney fees, legal interest, costs, as well as to such equitable relief as may be appropriate to effectuate the purposes of the FLSA.

**WHEREFORE,** plaintiffs pray that there be service and citation upon the defendants, and that after all legal delays and proceedings that there be a judgment rendered in favor of the plaintiffs and against the defendants, *in solido*, for accumulated wages at the overtime rate as required by law, and an equal sum as liquidated damages, reasonable attorney's fees, interest on all sums due and owing from the date of judicial demand until paid, and for all costs of this

proceeding. Plaintiffs also pray for any and all other relief to which they may be entitled at law or in equity.

                                        Respectfully Submitted:

                                        **ESTES DAVIS LAW, LLC**

                                        /S James R. Bullman
                                        Randall E. Estes (La. Bar Roll No. 22359)
                                        Daniel B. Davis (La. Bar Roll No. 30141)
                                        James R. Bullman (La. Bar Roll No. 35064)
                                        850 North Boulevard
                                        Baton Rouge, LA 70802
                                        Telephone:  (225) 336-3394
                                        Facsimile:   (225) 384-5419
                                        Email: james@estesdavislaw.com
                                        *Attorneys for Plaintiffs*